UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13724
   PHILLIP HOEKSEMA
   ANNETTE JONES HOEKSEMA                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-5426    SSN XXX-XX-7140

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/31/07 and confirmed on 10/23/07.

   2.  The case was dismissed after confirmation, 12/04/2008.

   3.  The Debtor paid a total of $ 22965.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 2727.29 | .00 | 2727.29 |
| OLD REPUBLIC INSURANCE | SECURED | .00 | .00 | .00 |
| OLD REPUBLIC INSURANCE | MORTGAGE ARRE | 6472.26 | .00 | 441.39 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 18150.00 | 1091.04 | 6963.03 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 26065.47 | 1440.82 | 7564.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 22807.70 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10649.29 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5032.59 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8111.14 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1416.34 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 727.08 | .00 | .00 |
| B REAL LLC | UNSECURED | 6124.64 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5160.57 | .00 | .00 |
| FREDERICK J HANNA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 278.26 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 795.85 | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SCOTT LAWN SERVICE | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET NATIONAL BANK | UNSECURED | 318.28 | .00 | .00 |
| THINK CREDIT UNION | UNSECURED | 456.44 | .00 | .00 |
| THINK CREDIT UNION | UNSECURED | 4531.76 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2747.92 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 4765.48 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9780.31 | .00 | .00 |

          Summary of disbursements:

```
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53415.02 | .00 | 83703.65 | .00 | 137118.67 |
| PRINCIPAL PAID | 17696.12 | .00 | .00 | .00 | 17696.12 |
| INTEREST PAID | 2531.86 | .00 | .00 | .00 | 2531.86 |
| TOTAL PAID | 20227.98 | .00 | .00 | .00 | 20227.98 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $  3500.00
and was paid $   1926.00  direct and $   1574.00   through the plan.

The Trustee received $   1163.02 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                 /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 07 B 13724 PHILLIP HOEKSEMA & ANNETTE JONES HOEKSEMA